Filed 1/6/2006
JUDGE CHIN
OFFICE COPY
RECEIVED JAN 06 2006 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**06 CV 00106**

-----------------------------------------------------------------x

ERIC BISCHOFF, individually and as a member
of Frank Brunckhorst Co., L.L.C. and in the right
of and on behalf of Frank Brunckhorst Co., L.L.C.,

                Plaintiff,

- against -

BOAR'S HEAD PROVISIONS CO., INC. and FRANK
BRUNCKHORST III and ROBERT S. MARTIN,
individually and as managers and members of Frank
Brunckhorst Co., L.L.C. and as directors and officers
of Boar's Head Provisions Co., Inc., and BARBARA
BRUNCKHORST, individually and as a member of
Frank Brunckhorst Co., L.L.C. and as a director of
Boar's Head Provisions Co., Inc.,

                Defendants,

-and-

FRANK BRUNCKHORST CO., L.L.C.,

                Nominal Defendant.

-----------------------------------------------------------------x

Case No.:

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Boar's Head Provisions Co., Inc. (a non-governmental corporate party) hereby certify that Boar's Head Provisions Co., Inc. does not have a parent corporation and no publicly held corporation owns more than 10% or more of said corporation's stock.

Dated:     New York, New York
                January 5, 2006

NY1:\1368443\01\TBWB01!.DOC\46335.0001

WEIL GOTSHAL & MANGES LLP

_[signature]_

Peter D. Isakoff (PI-1614)
Mitchell D. Haddad (MH-7782)
Jared R. Friedmann (JF-2004)
767 Fifth Avenue
New York, New York 10153
Telephone 212-310-8000
Facsimile 212-310-8007

and

Martin S. Hyman (MH-4131)
Golenboch Eiseman Assor
Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Telephone 212-907-7360
Facsimile 212-754-0777

**Attorneys for Defendants**