UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ERIC BISCHOFF, individually and as a member
of Frank Brunckhorst Co., L.L.C. and in the right
of and on behalf of Frank Brunckhorst Co., L.L.C.,   : Case No.
                                                      06 CV 00106 (DC)(TK)
              Plaintiff,   :

        - against -   : NOTICE OF MOTION
                                                                                   TO DISMISS
BOAR'S HEAD PROVISIONS CO., INC. and FRANK :
BRUNCKHORST III and ROBERT S. MARTIN,
individually and as managers and members of Frank   :
Brunckhorst Co., L.L.C. and as directors and officers
of Boar's Head Provisions Co., Inc., and BARBARA   :
BRUNCKHORST, individually and as a member of
Frank Brunckhorst Co., L.L.C. and as a director of   :
Boar's Head Provisions Co., Inc.,
                                                                           :

              Defendants,   :

        -and-   :

FRANK BRUNCKHORST CO., L.L.C.,   :

              Nominal Defendant.   :
------------------------------------------------------------x

*Motion denied as per Opinion dated 6/29/06.*

*SO ORDERED.*

*[signature]*
*USDJ  6/30/06*

**PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Mitchell D. Haddad, Esq., dated January 19, 2006, and the exhibits attached thereto, the accompanying Memorandum of Law, dated January 19, 2006, and upon all the prior proceedings had herein and pleadings previously filed in this action, defendants, Boar's Head Provisions Co., Inc., Frank Brunckhorst III, Robert S. Martin, and Barbara Brunckhorst, and "nominal defendant" Frank Brunckhorst Co., L.L.C. (collectively, "Defendants"), will move this Court, before the Honorable Denny Chin, at the Courthouse located at 500 Pearl Street, New York, New York, Courtroom 11-A, on March 24, 2006, at 9:30 a.m., for an Order, pursuant to Fed. R. Civ. P. 12(b)(6),